NO. 07-02-0166-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MAY 9, 2002

______________________________

NEWELL M. EVANS, APPELLANT

V.

GUARANTEED TRANSMISSIONS, ET AL., APPELLEES

_________________________________

FROM THE COUNTY CIVIL COURT AT LAW NO. 1 OF HARRIS COUNTY;

NO. 755916; HONORABLE ED LANDRY, JUDGE

_______________________________

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

On February 21, 2002 a Notice of Appeal was filed by appellant Newell M. Evans, III.  By letters dated March 14 and March 20, 2002 the clerk advised appellant that a filing fee had not been received, 
Tex. R. App. P
. 5. 

By letter dated April 12, 2002, the clerk advised appellant that the filing fee had still not been paid, and that unless the filing fee was received on or before April 23, 2002, the appeal would be subject to dismissal.

Texas courts do not maintain separate sets of procedural rules for litigants with counsel and for litigants representing themselves.  
Mansfield State Bank v. Cohn
, 573 S.W.2d 181, 184-85 (Tex. 1978) (Rules of Civil Procedure).  Litigants representing themselves must comply with the same procedural rules as are applicable to represented parties.  
Id
.  Appellant has not complied with the Rules of Appellate Procedure in regard to his appeal, as noted above.    

The appeal is dismissed pursuant to 
Tex. R. App. P
. 42.3(c) for appellant’s failure to comply with 
Tex. R. App. P
. 20.1 and the subsequent direction of the clerk to pay the filing fee.

Per Curiam

Do not publish.